UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 6: 18-078-DCR |
| V. | ) ) ) | |
| PATRICK BALCH, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Christy J. Love has been appointed to serve as warning order attorney for Defendant Unknown Spouse of Patrick Balch and has filed her report. [Record No. 11] Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report is hereby **ACCEPTED**, and attorney Love's request for an award of fees [Record No. 11] is **GRANTED**.

2. Attorney Love is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that she be allowed an attorney fee of $200.00 and costs in the amount of $18.25.

This 22nd day of June, 2018.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge